IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY FREEMAN,

    Plaintiff,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 14-CV-561-bbc

CAROLYN W. COLVIN,
Commissioner of Social Security

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff attorney fees in the amount of $3,883.00

under the Equal Access to Justice Act.

s/V. Olmo, Deputy Clerk　　　　　　　　　　　4/10/2015

Peter Oppeneer, Clerk of Court　　　　　　　　　Date